

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2020

No. 04-19-00509-CR

Elizabeth Ann **MARTINEZ**,
Appellant
v.
The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9024B
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The appellee's second motion for an extension of time to file its brief is GRANTED. The appellee's brief was filed on September 11, 2020.

It is so **ORDERED** September 21, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT